UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

ESQUELETAJES HERMANOS MUNOZ
VILLANUEAVE S.L.,

                         Plaintiffs,

  -against-

INTERNATIONAL DESIGN AND IMPORT OF
FURNITURE, LLC,

                         Defendants.
----------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 4 - 2012 ★
BROOKLYN OFFICE

09-CV-2711(ARR)(MDG)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 12, 2012 from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court grants plaintiffs' motion for a default judgment and awards damages against defendant International Design in the amount of $123,019.52, comprised of $87,867.50 in damages, $34,802.02 in prejudgment interest, and $350.00 in costs. The Clerk of Court is

directed to enter judgment accordingly. Plaintiff is directed to serve a copy of this order upon defendant at its last known address and to file proof of service with the court.

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: May 2, 2012
       Brooklyn, New York